JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA QUICK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. CV 19-8650-GW-KSx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　George H. Wu<br>Ctrm:　9D<br><br>Complaint Filed:　October 8, 2019 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-08650-GW-KS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: January 2, 2020

_____
Honorable George H. Wu
United States District Judge

172306.1

1

Case No. 2:19-cv-08650-GW-KS
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE